■ ENRIQUILLO HERNANDEZ, Appellant, v RAMON F. SENANDE et al., Respondents.—Judgment, Supreme Court, Bronx County (Jack Turret, J.), entered on February 20, 1987, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on January

15, 1987 unanimously dismissed as having been superseded by the appeal from the aforesaid judgment. The appeal from the order of said court entered on July 8, 1987 unanimously dismissed as nonappealable. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.